# United States District Court

__EASTERN__ DISTRICT OF __TENNESSE__

ELVIN BERLE WESLEY,                        JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,                        CASE NUMBER: 3:08-cv-243
Commissioner of Social Security

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this matter shall be remanded back to the Commissioner for consideration of additional evidence concerning plaintiff's medical condition pursuant to Sentence Six of section 205 of the Social Security Act, 42 U.S.C. § 405(g).

     June 1, 2009                                      Patricia L. McNutt, Clerk
Date

                                                          By    s/ A. Brush
                                                          Deputy Clerk